IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MACK L. NASH,<br><br>    Defendant. | **8:05CR450**<br>**8:09CR351**<br><br>**ORDER** |

  Pursuant to the Judgment entered on April 4, 2014, in 8:10CR45 *United States v. Mack L. Nash* (Filing No. 70 in 8:10CR45), the defendant's supervised release imposed in the above two cases is hereby terminated.

  SO ORDERED.

  Dated this 8th day of April, 2014.

                     BY THE COURT:

                     s/ Joseph F. Bataillon
                     United States District Judge